FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:33 pm, Sep 08, 2021
JEFFREY P. COLWELL, CLERK

8/8/2021

3:40p

The Rounds ups started early this morning before daybreak. It is my assumption that the outfit running the operation is trying to get is more runs completed today. ( probably before they get found out or shut down)

First It is my opinion that you can stop these procedures, NOW! Your officers need to arrest possible suspicion of horse abuse, land and property abuse, negligence, flying helicopters recklessly, pressing too long, too close behind horses, frightened and overworked horses on Public Land. (Who is responsible for that?)

Once site has been secured then comes in the first responders, medical supplies, care givers, vet techs, Veterinarians. Animals need to be evaluated on site- in the round pens traps/trailers and noted with damages. I think it would be great to just stand around them and watch/ evaluate them immediately **AFTER** the take over. Remember horses are very sensitive and will appreciate the calmness you are immediately presenting to them. Gently assure them they will be ok. Private Photographers on site can take pics for you.

These amazing animals are your Natural resources and will need fieldbook notes, documentations, and veterinarian care on site. Possibly may need mobile Equine Emergency Support Team if you have one?

This needs to be an immediate shut down operation at the Federal Level. Injured Horses are on sight, and an assessment needs to be made of the damages to these Natural Resources, the SWB Horses. Most likely the oufit is trying to load up 2 or more semi-trailers today, bound for the long trip from Maybell CO, Far NW to Canon City, Far SE.  I am assuming they want to scourge another group headed into the field traps and another waiting…I feel they are trying to step up the operations.

I ask you to realize your ability to make a difference and to capture these people and stop their brutal assault.

Once the site is secured send I the health assessment responders, your medical supplies and make some assessments. Stand quietly around the horse in pens and look at them as lovingly as you can. Pray to the Almighty Father, for you will be witnessing his redeeming love.

I am assuming that teams are focusing on working horses to get as many loaded on semi-trailers heading to the Prison Camps, Canin City. As I said they started before daybreak today. Possibly planning an extra helicopter run to traps today. And possibly loading semis with Stallions and Mares. I'm sure that is dangerous site. I have been told that they cover that procedure and cannot be photographed.

I am not trying to tell you what to do….Just wanted to relay what is possibly going on at this time. Ya'll be carefull but please get out there now. Please stop this operation. God Bless you. – Sarah Smith